UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| MICHAEL SERRATO, | ) | |
| Plaintiff, | ) | No. CV 13-00449 AB (AJW) |
| v. | ) | ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE |
| COUNTY OF LOS ANGELES, et al., | ) | |
| Defendant. | ) | |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the Report and Recommendation of Magistrate Judge ("Report"). No objections to the Report have been filed within the time allowed. Good cause appearing, the Court accepts the findings and recommendations contained in the Report.

**IT IS SO ORDERED**.

DATED: July 21, 2016

_____
ANDRÉ BIROTTE JR.
United States District Judge