# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANGELO SERRATO,<br>Plaintiff<br>v.<br>DEPUTY GOODWIN, et al.,<br>Defendants. | Case No. CV 13-00449-AB (GJS)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, Defendants' Motion for Summary Judgment [Dkt. 66-71, "Summary Judgment Motion"], Plaintiff's Motion for Leave to Amend His Complaint [Dkt. 72, "Amendment Motion"], the parties' briefings and filings related to the Summary Judgment Motion and the Amendment Motion, all other pleadings, motions, and other documents filed in this action, and the Report and Recommendation of United States Magistrate Judge [Dkt. 94-95, "Report"]. The deadline to file Objections to the Report has passed, and no Objections have been filed with the Court.

Having completed its review, the Court accepts the findings, recommendations, and conclusions set forth in the Report. Accordingly, **IT IS ORDERED** that:

(1) The Summary Judgment Motion is DENIED with respect to the exhaustion

defense asserted;

(2) The Summary Judgment Motion on the merits is DENIED as to

    (a) Plaintiff's Fourteenth Amendment excessive force claim against Defendant Graham; and

    (b) Plaintiff's Fourteenth Amendment excessive force claim against Defendant Goodwin;

(3) The Summary Judgment Motion on the merits is GRANTED as to Plaintiff's claim that Defendant Graham deprived Plaintiff of his property in violation of the Due Process Clause of the Fourteenth Amendment; and

(4) The Amendment Motion is DENIED.

**IT IS SO ORDERED.**

DATE: October 30, 2018

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE