**JENNER & BLOCK LLP**
Nick G. Saros (SBN 209922)
nsaros@jenner.com
Alexander M. Smith (SBN 295187)
asmith@jenner.com
515 South Flower Street, Suite 3300
Los Angeles, CA 90071
Telephone: (213) 239-5100
Facsimile: (213) 239-5199

Pro Bono Attorneys for Plaintiff
Michael Angelo Serrato

(Additional counsel on signature page)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANGELO SERRATO,<br><br>              Plaintiff,<br>   v.<br><br>DEPUTY GOODWIN and DEPUTY GRAHAM,<br><br>              Defendants, | Case No: 2:13-cv-449-AB-GJS<br><br>The Honorable André Birotte Jr.<br><br>**JOINT STIPULATION TO CONTINUE EVIDENTIARY HEARING, PRETRIAL DEADLINES, AND JURY TRIAL DATE** |

# JOINT STIPULATION

WHEREAS:

(1) On August 16, 2022, the Court continued the evidentiary hearing until November 15, 2022 and continued the remainder of the pretrial dates and the trial date in light of the ongoing COVID-19 pandemic.

(2) Since the Court entered its August order, the COVID-19 pandemic has continued to rage across Los Angeles. Indeed, according to the Los Angeles County Department of Public Health, there were 2,978 cases of COVID-19 reported on November 7, 2022 alone.

(3) The risk of COVID-19 is especially significant within California Department of Corrections and Rehabilitation ("CDCR") facilities, including at the Correctional Training Facility in Soledad, California—the facility where Plaintiff Michael Angelo Serrato is incarcerated. Despite CRCR's best efforts to mitigate the spread of COVID-19, the transfer of prisoners outside of CDCR facilities to court may nonetheless present COVID-19 exposure risks to CDCR employees, prisoners, attorneys, and the Court, which may be mitigated by delaying prisoner transfers. That risk is particularly acute in light of the fact that both Mr. Serrato (who is now 70 years old) and his lead counsel both have chronic health conditions.

(4) Moreover, the Court currently states on its website that "[d]ue to the COVID-19 Pandemic, the Court **is not** having in-person civil hearings until further notice" and that "[a]ll civil hearings will be telephonic or via Zoom."

(5) In light of the need for Mr. Serrato and other witnesses to testify at the evidentiary hearing, as well as the logistical hurdles involved with conducting an evidentiary hearing by telephone or videoconference, the parties believe it would be prudent to continue the evidentiary hearing and all further dates by an additional eight to ten weeks.

NOW, THEREFORE, IT IS AGREED AND STIPULATED, subject to the Court's approval, that the pending dates and deadlines in this case be continued as follows:

| Event | Current Date/Deadline | New Date/Deadline |
|---|---|---|
| PLRA Evidentiary Hearing | November 15, 2022 | January 24, 2023 |
| Post-Evidentiary Hearing Briefs | November 22, 2022 | January 31, 2023 |
| First Round Pretrial Filings | January 6, 2023 | March 10, 2023 |
| Second Round Pretrial Filings | January 13, 2023 | March 17, 2023 |
| Final Pretrial Conference | January 27, 2023 | March 31, 2023 |
| Jury Trial | February 14, 2023 | April 18, 2023 |

IT IS SO STIPULATED AND AGREED:

DATED:   November 8, 2022           JENNER & BLOCK LLP


                                    By:    /s/   Alexander M. Smith
                                           Alexander M. Smith

                                    Pro Bono Attorneys for Plaintiff
                                    Michael Angelo Serrato

DATED:   November 8, 2022           LOGAN MATHEVOSIAN & HUR, LLP


                                    By:    /s/  Amber A. Logan
                                           Amber A. Logan

                                    Attorneys for Defendants
                                    Deputy Goodwin and Deputy Graham

## **SIGNATURE ATTESTATION**

Pursuant to Local Rule 5.4-3.4(a)(2)(i), I hereby attest that Amber A. Logan, on whose behalf this filing is submitted, has concurred in the content of this Joint Stipulation and has authorized its filing.

DATED:   November 8, 2022         JENNER & BLOCK LLP

By:   /s/   Alexander M. Smith
              Alexander M. Smith

Pro Bono Attorneys for Plaintiff
Michael Angelo Serrato