# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANGELO SERRATO,<br><br>          Plaintiff,<br><br>v.<br><br>DEPUTY GOODWIN and<br>DEPUTY GRAHAM,<br><br>          Defendants | Case No: 2:13-cv-449-AB-GJS<br><br>**JUDGMENT ON THE VERDICT**<br>(~~Proposed~~)<br><br>Trial: August 15, 2023<br>Time: 8:30 am<br>Place: Courtroom 7B<br>Judge: Hon. André Birotte Jr. |

Following the District Court's grant of Summary Judgment regarding certain of the Plaintiff's claims, a Trial by jury commenced August 15, 2023, before the Honorable André Birotte Jr., to resolve the remaining two claims: 1) Whether Deputy Nicholas Graham used excessive force against the Plaintiff, Michael Angelo Serrato in violation of the United States Constitution; and 2) Whether Deputy Steven Goodwin used excessive force against the Plaintiff, Michael Angelo Serrato in violation of the United States Constitution.

The issues of excessive force having been tried before the jury and the jury having rendered its verdict:

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff, Michael Angelo Serrato, shall recover nothing ($0) against Defendant, Nicholas Graham on

his claim of excessive use of force in violation of the United States Constitution.

IT IS HEREBY ORDERED AND ADJUDGED that Judgment in this action shall be entered in favor of Defendant, Nicholas Graham and against Plaintiff, Michael Angelo Serrato.

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff, Michael Angelo Serrato, shall recover nothing ($0) against Defendant, Steven Goodwin on his claim of excessive use of force in violation of the United States Constitution.

IT IS HEREBY ORDERED AND ADJUDGED that Judgment in this action shall be entered in favor of Defendant, Steven Goodwin and against Plaintiff, Michael Angelo Serrato.

IT IS HEREBY ORDERED AND ADJUDGED that each party shall bear his own costs and fees associated with the litigation of this case.

Dated: September 15, 2023

_____
HON. ANDRE BIROTTE JR.
United States District Judge